AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jorge Luis Ontiveros, | )  Case No.  16 –9446 MJ |
| a.k.a.: Jorge Luis Ontiveros-Ponce, | ) |
| (A 095 133 564) | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 22, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jorge Luis Ontiveros, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 16, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Kathy Lemke

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Luis E. Teran,
Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  November 23, 2016

_____
*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge

City and state:  Phoenix, Arizona

_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 22, 2016, the Phoenix Police Department (PPD) encountered Jorge Luis Ontiveros during an investigation in Phoenix, Arizona. The PPD suspected Ontiveros to be illegally present in the United States and contacted the Law Enforcement Service Center (LESC) for assistance. The LESC then relayed the call to the Phoenix ICE Law Enforcement Agency Response Unit and the PPD was contacted. ICE Officer M. Suchorabski telephonically interviewed Ontiveros and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, the PPD transported Ontiveros to the Phoenix ICE detention office for further investigation and processing. Ontiveros was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jorge Luis Ontiveros to be a citizen of Mexico and a previously deported criminal alien. Ontiveros was removed from the United

States to Mexico through Nogales, Arizona, on or about May 16, 2010, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Ontiveros in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ontiveros' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jorge Luis Ontiveros was convicted of Misconduct Involving Weapons, a felony offense, on August 27, 2007, in the Superior Court of Arizona, Maricopa County. Ontiveros was sentenced to three and one half (3.5) years' incarceration. Ontiveros' criminal history was matched to him by electronic fingerprint comparison.

5. On November 23, 2016, Jorge Luis Ontiveros was advised of his constitutional rights. Ontiveros freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 22, 2016, Jorge Luis Ontiveros, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 16, 2010, and not having obtained the

2

express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and

enhanced by (b)(1).


Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 23rd day of November, 2016.


Eileen S. Willett,
United States Magistrate Judge